**W. Edward WOOD et al.**

v.

**Warren v. PICILLO et al.**

**No. 80–86–M.P.**

Supreme Court of Rhode Island.

March 20, 1980.

Dennis J. Roberts II, Atty. Gen., R. Daniel Prentiss, Allen P. Rubine, Asst. Attys. Gen., for plaintiffs-respondents.

Adler, Pollock & Sheehan Incorporated, John F. Bomster, Providence, for defendants-petitioners.

### ORDER

The petition for writ of certiorari and motion for stay are denied.